IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THOMAS P. WILLIAMS, SR.,

    Plaintiff,

v.

AMERICAN SECURITY INSURANCE COMPANY,

    Defendant.

CIVIL ACTION
NO. 16-6254

## ORDER

**AND NOW**, this 29th day of September, 2017, upon review of Defendant's Motion to Dismiss and Memorandum of Law in support, Plaintiff's Response thereto, and Defendant's Reply, it is hereby **ORDERED** as follows:

    1. Defendant's Motion to Dismiss Plaintiff's Amended Complaint (Docket No. 7) is **DENIED**;

    2. Defendant shall file an Answer to Plaintiff's Amended Complaint within twenty (20) days of the date of this Order; and

    3. The Clerk shall schedule this matter for an arbitration hearing.

                      **BY THE COURT:**

                        **/s/ Jeffrey L. Schmehl**
                        Jeffrey L. Schmehl, J.